# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

E. F. E.L.
          Plaintiff,

v.                                   Case No.: 1:26−cv−02507
                                    Honorable Sharon Johnson Coleman

Kristi Noem
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 9, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 3/9/2026. Petitioner filed his case the evening of March 5, 2026, while he was still being held in Chicago. However, the parties informed the Court that Petitioner was transferred out of Chicago on March 6, 2026, at 4:27 a.m. CT to a facility in West Virginia (before his case was even assigned a judge to hear it). The parties are ordered to keep the Court apprised of Petitioner's location and to inform the Court immediately if Petitioner is transferred. Additionally, Respondent must ensure that Petitioner maintains contact with his family and with his attorney. Because Petitioner has already been transferred out of Chicago, Petitioner's motion for temporary restraining order must be stricken as moot [4]. The Court extends the briefing schedule on the petition for writ of habeas corpus [1] with response now due by 3/16/2026 and reply due by 3/23/2026. Once the matter is fully briefed, the Court shall take it under advisement and enter a ruling shortly thereafter. An in−person status hearing is set for 4/1/2026 at 9:45 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.